**WDREF**

# U.S. Bankruptcy Court
## District of Oregon (Portland)
## Adversary Proceeding #: 16−03073−dwh

*Assigned to:* David W Hercher  
*Lead BK Case:* 14−31295  
*Lead BK Title:* Nicholas Lee Watt and Patricia Moudy Watt  
*Lead BK Chapter:* 13  
*Demand:* $125000  
   *Nature[s] of Suit:*   91 Declaratory judgment  
                           14 Recovery of money/property − other

*Date Filed:* 06/30/16

*Plaintiff*
-----------------------
**Meritage Homeowners' Association**

represented by **BRITTA E WARREN**  
Black Helterline LLP  
805 S.W. Broadway  
Suite 1900  
Portland, OR 97205  
(503) 224−5560  
Fax : (503) 224−6148  
Email: bew@bhlaw.com  
*LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Nicholas Lee Watt**  
19452 Orchard Grove  
Oregon City, OR 97045  
SSN / ITIN: xxx−xx−2951

represented by **MICHAEL D O'BRIEN**  
Michael D. O'Brien & Associates, P.C.  
12909 SW 68th Parkway, Suite 160  
Portland, OR 97223  
(503) 786−3800  
Email: enc@pdxlegal.com

*Defendant*
-----------------------
**Patricia Moudy Watt**  
19452 Orchard Grove  
Oregon City, OR 97045  
SSN / ITIN: xxx−xx−2878

represented by **MICHAEL D O'BRIEN**  
(See above for address)

*Counter−Claimant*
-----------------------
**Nicholas Lee Watt**  
19452 Orchard Grove  
Oregon City, OR 97045

represented by **MICHAEL D O'BRIEN**  
(See above for address)

*Counter−Claimant*
−−−−−−−−−−−−−−−−−−−−−−−−
**Patricia Moudy Watt**                         represented by **MICHAEL D O'BRIEN**
19452 Orchard Grove                                              (See above for address)
Oregon City, OR 97045


V.

*Counter−Defendant*
−−−−−−−−−−−−−−−−−−−−−−−−
**Meritage Homeowners' Association**

| Filing Date | # | Docket Text |
|---|---|---|
| 06/30/2016 | 1 | Adversary case 16−03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia Moudy Watt. $350 Filing Fee Paid. Nature of Suit:(91 (Declaratory judgment)),(14 (Recovery of money/property − other))(WARREN, BRITTA) (Entered: 06/30/2016) |
| 06/30/2016 | 2 | Corporate Ownership Statement Filed By Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 06/30/2016) |
| 06/30/2016 | 3 | Receipt of Filing Fee for Complaint( 16−03073−rld) [cmp,cmp] ( 350.00). Receipt Number A14431886. (re:Doc#1) (U.S. Treasury) (Entered: 06/30/2016) |
| 06/30/2016 | 4 | Summons Issued for service on Nicholas Lee Watt Date Issued 6/30/2016, Answer Due 8/1/2016; Patricia Moudy Watt Date Issued 6/30/2016, Answer Due 8/1/2016 1 Complaint Pre−Trial Hearing Set for 08/22/2016 at 10:00 AM in/by Telephone Hearing. (jed) (Entered: 06/30/2016) |
| 08/01/2016 | 5 | Answer to Complaint, Counterclaim by Nicholas Lee Watt, Patricia Moudy Watt against Meritage Homeowners' Association Filed by Nicholas Lee Watt, Patricia Moudy Watt (O'BRIEN, MICHAEL) (Entered: 08/01/2016) |
| 08/22/2016 | 6 | Summons Served on Nicholas Lee Watt 7/5/2016; Patricia Moudy Watt 7/5/2016 (WARREN, BRITTA) (Entered: 08/22/2016) |
| 08/22/2016 | 7 | Reply. Filed by Plaintiff Meritage Homeowners' Association Re: 5 Answer to Complaint, Counterclaim by Nicholas Lee Watt, Patricia Moudy Watt against Meritage Homeowners' Association Filed by Nicholas Lee Watt, Patricia Moudy Watt (O'BRIEN, MICHAEL) (WARREN, BRITTA) (Entered: 08/22/2016) |
| 08/22/2016 | 8 | Hearing Held (dda) (Entered: 08/23/2016) |
| 08/23/2016 | 9 | Order Re: Application of FRCP 26 (bls) (Entered: 08/23/2016) |
| 08/25/2016 | 10 | Certificate of Notice Re: 9 Order Re: Application of FRCP 26 (bls). (Admin.) (Entered: 08/25/2016) |
| 09/02/2016 | 11 | Report and Recommendation Re: 1 Adversary case 16−03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia |

| | | | |
|---|---|---|---|
| | | | Moudy Watt. Objections due by 9/19/2016. (pjk) (Entered: 09/02/2016) |
| 09/04/2016 | | 12 | Certificate of Notice Re: 11 Report and Recommendation Re: 1 Adversary case 16−03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia Moudy Watt. Objections due by 9/19/2016. (pjk). (Admin.) (Entered: 09/04/2016) |
| 10/05/2016 | | 13 | Notice of Transfer to District Court Re:1 Complaint, 11 Report and Recommendation (jed) (Entered: 10/05/2016) |
| 12/30/2016 | | 14 | Motion For Partial Summary Judgment and Supporting Document(s). Filed by Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 12/30/2016) |
| 12/30/2016 | | 15 | Declaration of Kurt Freitag Re: 14 Motion for Summary Judgment Filed By Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 12/30/2016) |
| 12/30/2016 | | 16 | Concise Statement of Material Facts Re: Re: 14 Motion for Summary Judgment Filed By Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 12/30/2016) |
| 01/04/2017 | | 17 | First Amended Motion For Partial Summary Judgment Filed by Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 01/04/2017) |
| 01/04/2017 | | 18 | First Amended Concise Statement of Material Facts Re: 17 Motion for Summary Judgment Filed By Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) Modified on 1/10/2017 (pjk). Corrected docket text: Changed "Fifth Amended" to "First Amended" Concise Statement of Material Facts. (Entered: 01/04/2017) |
| 01/04/2017 | | 19 | Memorandum In Support of Re: 17 Motion for Summary Judgment Filed By Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Entered: 01/04/2017) |
| 01/20/2017 | | 20 | Copy of Opinion and Order signed by USDC re Case No 16−mc−00519−HZ Document No.2 Re: 1 Adversary case 16−03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia Moudy Watt. $350 Filing Fee Paid. Nature of Suit:(91 (Declaratory judgment)),(14 (Recovery of money/property − other)) (pjk) (Entered: 01/20/2017) |
| 01/22/2017 | | 21 | Certificate of Notice Re: 20 Copy of Opinion and Order signed by USDC re Case No 16−mc−00519−HZ Document No.2 Re: 1 Adversary case 16−03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia Moudy Watt. $350 Filing Fee Paid. Nature of Suit:(91 (Declaratory judgment)),(14 (Recovery of money/property − other)) (pjk). (Admin.) (Entered: 01/22/2017) |
| 01/25/2017 | | 22 | Response Filed by Nicholas Lee Watt, Patricia Moudy Watt Re: 17 First Amended Motion For Partial Summary Judgment Filed by Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Attachments: # 1 Declaration of Nicholas Watt # 2 Exhibits) (O'BRIEN, MICHAEL) (Entered: 01/25/2017) |
| 02/08/2017 | | 23 | Reply. Filed by Plaintiff Meritage Homeowners' Association Re: 22 Response Filed by Nicholas Lee Watt, Patricia Moudy Watt Re: 17 First |

| | | | |
|---|---|---|---|
| | | | Amended Motion For Partial Summary Judgment Filed by Plaintiff Meritage Homeowners' Association (WARREN, BRITTA) (Attachments: # 1 Declaration of Nicholas Watt # 2 Exhibits) (O'BRIEN, MICHAEL) (WARREN, BRITTA) (Entered: 02/08/2017) |
| 02/08/2017 | | 24 | Supplemental Declaration of Kurt Freitag Re: 23 Reply Filed By Plaintiff Meritage Homeowners' Association (Attachments: # 1 Exhibit Ex. 2 – Settlement Agreement # 2 Exhibit Ex. 3 – Addendum to Settlement Agreement # 3 Exhibit Ex. 4 – Judge Cramer's Memo & Opinion # 4 Exhibit Ex. 5 – CC&Rs # 5 Exhibit Ex 6 – Resolution) (WARREN, BRITTA) (Entered: 02/08/2017) |
| 02/09/2017 | | 25 | Copy of Order signed by USDC re Case No 16–mc–00519–HZ Document No.3 Re: 11 Report and Recommendation Re: 1 Adversary case 16–03073. Complaint by Meritage Homeowners' Association against Nicholas Lee Watt, Patricia Moudy Watt. Objections due by 9/19/2016. (pjk) (Entered: 02/09/2017) |

4